# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

GLENN DORSEY,

    Plaintiff,

v.                                                Case No. 4:18cv420-MW/CAS

CAPITAL TITLE,

    Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Complaint, ECF No. 1, is **DISMISSED** for failure to state a claim upon which relief may be granted and for failure to prosecute and comply with a Court order." The Clerk shall close the file.

**SO ORDERED** on December 11, 2018.

                                                       **s/ MARK E. WALKER**
                                                       **Chief United States District Judge**